IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ASHLEY BARLAGE,

    Plaintiff,

                                  :        Case No. 2:21-cv-2662

  -vs-                                       Judge Sarah D. Morrison
                                         Magistrate Judge Elizabeth P. Deavers

THE BOEING COMPANY,

                                  :

    Defendant.

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on January 27, 2022. (No. 33.) In that filing, the Magistrate Judge recommended that Plaintiff Ashley Barlage's action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (No. 33) and **DISMISSES** Plaintiff's entire Complaint **WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

                                          /s/ Sarah D. Morrison
                                       **SARAH D. MORRISON**
                                       **UNITED STATES DISTRICT JUDGE**